910

No. 97–8848. REED *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–8850. BYAS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–8854. WALKER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–8858. LUNA-MADELLAGA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8860. CAPALDI *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–8863. BURNS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8867. DANIELS, AKA DAVIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8870. GONZALEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8878. McCLELLAN *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 97–8879. SINDRAM *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–8882. KNUPP *v.* TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 97–8885. SCOTT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–8892. GONZALEZ-GONZALEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–8893. GILMARTIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8905. HOUSER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8908. GONZALEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.